UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SETH WARREN,

Plaintiff,

v.

Case No. 26-cv-12715
Honorable Linda V. Parker

LONGVIEW INTERNATIONAL TECHNOLOGY SOLUTIONS, INC.,

Defendant.
______________________________/

**OPINION AND ORDER FOR CLERK OF THE COURT TO REFUND PLAINTIFF'S FILING FEE**

On August 5, 2026, Plaintiff filed this action against his former employer claiming discrimination based on his veteran status and to enforce his reemployment rights under the Uniform Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. § 4301 *et seq.* Plaintiff paid the $405 filing fee when he filed his Complaint. He now seeks a refund of the filing fee pursuant to the statute. (ECF No. 11.)

The USERRA provides that "[n]o fees or court costs may be charged or taxed against any person claiming rights under this chapter." 38 U.S.C. § 4323(h)(1). Perhaps because of the plain language of the statute, there are few cases addressing whether a veteran must pay the filing fee to bring an action under the USERRA. There are some decisions, however, holding that such a fee is

prohibited. *See, e.g., Davis v. Advoc. Health Ctr. Patient Care Express*, 523 F.3d 681, 684 (7th Cir. 2008); *Gagnon v. Sprint Corp.*, 284 F.3d 839, 845 n.1 (8th Cir. 2002) (waiving costs for appeal pursuant to 38 U.S.C. § 4323(h)); *Agee v. City of Tchula*, No. 3:23-cv-00062, 2023 WL 438779, at *1 (S.D. Miss. Jan. 26, 2023); *Vonville v. New Century Air Serv., Inc.*, No. 2:16-cv-02621, 2016 WL 4919804, at *2 (D. Kan. Sept. 15, 2016); *Fincher v. Georgia Pacific, LLC*, No. 1:08-cv-3839, 2009 WL 1075269, at *1 (N.D. Ga. Apr. 21, 2009).

Plaintiff is a United States military veteran, and he brings this lawsuit pursuant to the USERRA. Therefore, based on the language of § 4323(h), the Court **GRANTS** his request for a refund of the filing fee. The Clerk of the Court is **ORDERED** to refund the $405 fee (Receipt No. AMIEDC-10840988).

**SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 4, 2026